UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK JOESPH GROULX,<br><br>        Plaintiff,<br><br>v.<br><br>ED MASTERS,<br><br>        Defendant. | Case No. 24-11997<br>Honorable Laurie J. Michelson |

**ORDER ON PLAINTIFF'S OBJECTION TO ORDER LIMITING FUTURE FILINGS [88]**

*Pro se* plaintiff Patrick Joseph Groulx alleges that the Spaulding Township Supervisor violated his rights by restricting his speech to three minutes at an April 16, 2024, township meeting. (ECF No. 1.) This relatively straightforward case, involving a relatively discrete incident, has resulted in the filing of an inordinate number of motions, over twenty of which are currently pending.

Thus, to give the Magistrate Judge referred the case an opportunity to catch up, and because the filings had gotten out of control, this Court entered an order putting a temporary hold on the filing of new motions. (ECF No. 85.)

Groulx objects to this order. But that is not the proper procedure for challenging a district judge's order.

Groulx also seeks clarification as to whether he can file discovery motions—such as a motion to compel if defendants do not adequately respond to his discovery requests and a motion to extend the scheduling order if warranted. But the Court's

order was clear and does not need further clarification. No motions means no motions. The Court trusts that Magistrate Judge Morris will adjust the scheduling order as needed and allow for future motions once she has an opportunity to address the motions presently before her.

Finally, Groulx seeks reconsideration of the Court's finding that "[e]specially given the nature of the claims that should be the focus of this litigation, Groulx's filings are fast approaching this danger area of being an abuse of process." (ECF No. 88, PageID.1631; ECF No. 85, PageID.1602.) But the Court sees no mistake in its ruling that would warrant reconsideration under Eastern District of Michigan Local Rule 7.1(h)(2).

Thus, Groulx requested relief is DENIED.

SO ORDERED.

Dated: April 18, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
